344

TAYLOR ET AL., APPELLEES, v. CROSBY ET AL., APPELLANTS.

2016-Ohio-5820.]

(No. 2014–1886—Submitted August 31, 2016—Decided September 15, 2016.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Corban v. Chesapeake Exploration, L.L.C.*, 149 Ohio St.3d 512, 2016-Ohio-5796, 76 N.E.3d 1089, and *Walker v. Shondrick–Nau*, 149 Ohio St.3d 282, 2016-Ohio-5793, 74 N.E.3d 427, and the cause is remanded to the trial court for a determination regarding compliance with the 2006 version of the Dormant Mineral Act.

O'CONNOR, C.J., and O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

PFEIFER and O'NEILL, JJ., dissent.

Frizzi Law Offices and Daniel L. Frizzi Jr., for appellees Benjamin F. Taylor and Donald F. Taylor.

Jividen Law Offices, P.L.L.C., David A. Jividen, and Chad C. Groome, for appellee Mary Lou Hutchins.

Myser & Davies, Richard A. Myser, and Adam L. Myser, for appellants.